UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DANIEL MENGISTEAB YOHANNES,<br><br>    Defendant. | CASE NO. CR06-026-RSL<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on supervised release revocation in this case was scheduled before me on March 16, 2011. The United States was represented by AUSA Todd Greenberg and the defendant by Bruce D. Erickson. The proceedings were digitally recorded.

Defendant had been sentenced on or about December 8, 2006 by the Honorable Robert S. Lasnik on a charge of Conspiracy to Distribute Cocaine Base, and sentenced to 36 months custody, five years supervised release. (Dkt. 264.)

The conditions of supervised release included the standard conditions plus the requirements that defendant participate in a substance abuse program, abstain from alcohol, submit to search, participate in mental health treatment, provide his probation officer with access

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

to financial information upon request, and be prohibited from association with any known gang members. The sentence was amended on April 21, 2008 to provide for imprisonment of 29 months, pursuant to a change in the guidelines sentence range for crack cocaine, 18 U.S.C. § 3582(c)(2), 28 U.S.C. § 994(u). (Dkt. 365.) Supervision commenced on April 28, 2008. On August 25, 2008, defendant's probation officer reported that defendant had violated conditions of supervision by associating with a known felon. The alleged violation was addressed in Moral Reconation Therapy and the Court approved the recommendation of no other action at that time. (Dkt. 392.)

On September 11, 2008, defendant's conditions of supervised release were modified to require participation in home confinement with electronic monitoring for up to 90 days. (Dkt. 396.) On January 22, 2010, defendant admitted violating the conditions of supervised release by failing to participate in Moral Reconation Therapy, failing to report to the probation officer as directed, committing the crime of Driving with a Suspended License, associating with a known felon, and associating with persons engaged in criminal activity. (Dkt. 434.) Defendant was sentenced to 30 days and 59 months supervised release. He was further required to not obtain any forms of identification in any but his true identity. (Dkt. 439.)

In an application dated August 3, 2010 (Dkt. 443, 444), U.S. Probation Officer Thomas J. Fitzgerald alleged the following violations of the conditions of supervised release:

1. Failing to comply with the Location Monitoring Program since March 20, 2010, in violation of the special condition requiring he participate in the Location Monitoring Program with electronic monitoring for a period of 120 days, as directed by the probation officer.

2. Failing to participate in Moral Reconation Therapy (MRT) as directed since May

5, 2010, in violation of his special condition of supervised release.

    3.    Consuming marijuana on or before July 7, 2010, in violation of standard condition number seven of his supervised release.

    4.    Failing to report for urinalysis testing as directed on July 14, 2010, in violation of his special condition of supervised release.

    5.    Failing to report to the probation officer as directed on July 16, July 20, and July 23, 2010, in violation of standard condition number two of his supervised release.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged, and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this 17th day of March, 2011.

                            Mary Alice Theiler
                            United States Magistrate Judge

cc:    District Judge:              Honorable Robert S. Lasnik
        AUSA:                      Todd Greenberg
        Defendant's attorney:     Bruce D. Erickson
        Probation officer:        Thomas J. Fitzgerald